UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. TAYLOR,<br><br>      Plaintiff,<br><br> -against-<br><br>ENTERPRISE HOLDING GROUP, LLC T/A ENTERPRISE CAR SHARE,<br><br>      Defendant. | 20-CV-6793 (LLS)<br><br>CIVIL JUDGMENT |

 Pursuant to the order issued December 9, 2020, dismissing the complaint,

 IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

 IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: December 9, 2020
    New York, New York

                    _Louis L. Stanton_
                     Louis L. Stanton
                        U.S.D.J.